In the Matter of the Application of WILLIAM BALLANTINE, Respondent, against THE CITY OF GLEN COVE and HORACE K. T. SHERWOOD, HARRY BEMIS, GEORGE E. HAWKINS, WARREN MURDOCK and BOGART L. SEAMAN, as Mayor, Commissioner of Public Works, Commissioner of Finance, Commissioner of Public Safety and Commissioner of Accounts, Respectively, of the City of Glen Cove, and MORRIS CANARICK and Others, as Members of the Municipal Civil Service Commission of the City of Glen Cove, Appellants. (Appeal No. 1.) — In a proceeding for an order directing appellants to reinstate and re-employ the respondent, and directing and ordering appellant municipal civil service commission to certify the respondent for appointment to the position formerly held by him or to such other position to which he may be entitled, resettled order denying motion of appellants to dismiss the petition reversed on the law, without costs, and the motion granted, without costs. Appeal from original order dismissed. The petition is fatally defective in failing to show that respondent had originally been appointed in accordance with law. From the allegations in the petition and the prayer for relief it appears, on the contrary, that respondent offered his application for registration in the labor class after his appointment to the position in question and, therefore, that the municipal civil service commission had never placed his name on a registration list and certified him out of the labor class as a prerequisite to his original appointment. (*Matter of Chiaverini* v. *Murray,* 237 App. Div. 856; affd., 262 N. Y. 573; *Matter of Glenn* v. *City of Glen Cove,* 261 App. Div. 905.) Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

and Commissioner of Accounts, Respectively, of the City of Glen Cove, and MORRIS CANARICK and Others, as Members of the Municipal Civil Service Commission of the City of Glen Cove, Appellants. (Appeal No. 2.) — In a proceeding for an order directing appellants to reinstate and re-employ respondent, and for other relief, order granting motion of the respondent to set down for trial the issues of fact raised by the answer, reversed on the law, without costs, and the motion denied, without costs. There are no issues to be tried, in the light of the dismissal of the petition in accordance with our disposition in the appeal in *Matter of Ballantine* v. *City of Glen Cove* (*ante*, p. 773), decided herewith. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.